UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILL FUCHS,

    Plaintiff,

    v.

GMAC MORTGAGE LLC, et al.,

    Defendants.

_____/

No. C 14-0284 PJH

**ORDER RE BANKRUPTCY STAY**

It appearing from the Notice of Bankruptcy and filed on March 12, 2014, that defendants have filed petitions in bankruptcy and that an automatic stay is in effect, and as there appears no further reason to maintain the file as an open one for statistical purposes and good cause appearing therefor,

IT IS HEREBY ORDERED that the Clerk of the Court shall submit a JS-6 form to the Administrative Office.

IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

**IT IS SO ORDERED**.

Dated: April 17, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge